UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| SAVVAS CHARALAMBOUS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Docket no. 2:10-cv-375 |
| | ) |
| ELIZABETH ROHNERT CHARALAMBOUS, | ) |
| | ) |
| Respondent. | ) |

**REPORT OF CONFERENCE & SCHEDULING ORDER**

**This action is brought pursuant to the Convention on the Civil Aspects of International Child Abduction, done at The Hague on October 25, 1980, and the International Child Abduction Remedies Act ("ICARA"), 42 U.S.C. 11601 <u>et</u> <u>seq.</u>**

Before the Court is the Verified Petition for Return of Child to Cyprus and Issuance of Show Cause Order (Docket # 1) and Petitioner's Request for Expedited Consideration (Docket # 2). The Court held a telephonic conference of counsel on this matter on September 8, 2010 at 10 AM. Attorney David Abramson and Attorney Adrianne Fouts appeared for Petitioner Savvas Charalambous. Attorney Judy Potter and Attorney Ardith Keef appeared for Respondent Elizabeth Rohnert Charalambous.

Upon considering the Verified Petition, the Convention and ICARA, as well as the representations made by counsel during today's conference, the Court hereby GRANTS Petitioner's Request for Expedited Consideration (Docket # 3). In order to facilitate the Court's expedited consideration of this matter, it is hereby ORDERED that:

1. Elizabeth Rohnert Charalambous (the "Respondent") is prohibited from removing her minor children, N.C. (born 2002) and A.E.C. (born 2008) (the "Children"), or causing the Children to be removed from the jurisdiction of this Court pending final disposition of the above-referenced Verified Petition.

2. Respondent shall surrender the passports for both N.C. and A.E.C. to the Clerk no later than 4:30 P.M. on September 9, 2010. The Clerk shall retain possession of the passports pending final disposition of the Verified Petition and further order of this Court.

3. If the Respondent fails to timely surrender the aforementioned passports or removes the Children or causes the Children to be removed from the jurisdiction of this Court, the Court shall issue a warrant for the arrest of the Respondent and appearance for a contempt hearing.

4. An evidentiary hearing on the Verified Petition is hereby set for October 6, 2010 at 8:30 AM. The hearing will be held in Courtroom One of the Edward T. Gignoux Courthouse located at 156 Federal Street, Portland, Maine 04101. The Court has reserved six and one half (6.5) hours for this hearing. Counsel shall notify the Court as soon as possible if they anticipate needing additional time.

5. Each side shall file a pre-hearing brief, not to exceed 12 pages, on or before September 28, 2010. Each brief shall include a list of the witnesses and exhibits to be presented at the hearing. Absent prior court approval, the Court expects any non-English documents will be presented with translation. Response briefs are not necessary but may be filed on or before October 1, 2010.

6. The parties shall confer with each other and with Court systems personnel regarding Petitioner's request that witnesses be able to appear from Cyprus by phone or video. Any outstanding issues regarding the presentation of witnesses shall be brought to the Court's attention via a motion filed no later than September 20, 2010. To the extent that the other side objects to any such motion, the response shall be filed no later than September 23, 2010.

7. The parties agreed that they would notify the appropriate state court authorities of these proceedings and that the state court proceeding would remain stayed until final disposition of the Verified Petition.

       SO ORDERED.

                                            /s/ George Z. Singal
                                            United States District Judge

Dated this 8th day of September, 2010.