**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| SAVVAS CHARALAMBOUS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Docket no. 2:10-cv-375 |
| | ) |
| ELIZABETH ROHNERT CHARALAMBOUS, | ) |
| | ) |
| Respondent. | ) |

**ORDER REQUIRING REVISED REDACTED FILING**

The Court's recent review of the docket in this case has uncovered filings that fail to comply with the requirements of Federal Rule of Civil Procedure 5.2(a)(3)[1]; namely Respondent's Motion for Additional Time for Hearing & for Delay (Docket # 14) and Respondent's Motion to Limit Contact (Docket # 16). Respondent's counsel are hereby instructed to cure this violation of Rule 5.2 by filing a properly redacted version of the documents within two days of this Order.

In accordance with Rule 5.2(e), the Court hereby ORDERS that Respondent's Motion for Additional Time for Hearing & for Delay (Docket # 14) & Respondent's Motion to Limit Contact (Docket # 16) be SEALED in order to prohibit remote electronic access to the document by any nonparty.

Counsel are reminded that under both Rule 5.2 and the District's Administrative Procedures Governing the Filing and Service by Electronic Means, it is their responsibility to ensure that all filings are properly redacted.

SO ORDERED.

/s/ George Z. Singal
U.S. District Judge

Dated this 20th day of September, 2010.

---

[1] The use of only minors' initials in publicly accessible filings is also required under District of Maine Local Rule 5(c) & Appendix IV (i) (Privacy).