# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| SAVVAS CHARALAMBOUS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Docket no. 2:10-cv-375 |
| | ) |
| ELIZABETH ROHNERT CHARALAMBOUS, | ) |
| | ) |
| Respondent. | ) |
| | ) |

## ORDER ON EMERGENCY MOTION FOR INTERIM CONTACT

Before the Court is the Petitioner's Emergency Motion for Interim Contact (Docket # 35). Having held a telephonic conference of counsel today, the Court hereby GRANTS the Motion WITHOUT OBJECTION. Per the agreement of the parties, there will be daily visits between Petitioner and his children beginning tomorrow. The visits will last approximately 2-3 hours at a location to be determined by Petitioner. The Children will be transported to and from these visits by Kristen Rohnert, the sister-in-law of Petitioner. There will be a therapist present as a guest at each visit. The parties agree that this therapist will not testify at the upcoming hearing unless there are allegations related to the visit to which the therapist is an eyewitness. These visits will continue as long as these proceedings remain pending absent some further order of this Court.

SO ORDERED.

/s/ George Z. Singal
U.S. District Judge

Dated this 29th day of September, 2010.