# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| SAVVAS CHARALAMBOUS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Docket no. 2:10-cv-375 |
| | ) |
| ELIZABETH ROHNERT CHARALAMBOUS, | ) |
| | ) |
| Respondent. | ) |

## ORDER ON EMERGENCY MOTION TO ENFORCE & MOTION FOR SANCTIONS

Before the Court is the Petitioner's Emergency Motion to Enforce & Motion for Sanctions (Docket # 48). Having held a telephonic conference of counsel today, the Motion is hereby GRANTED IN PART. Having considered all of counsel's oral and written arguments, the Court hereby ORDERS as follows:

(1) Petitioner's daily visit with his children shall begin each day at 10 AM and end at 1 PM. These visits shall follow the protocol outlined in the Court's September 29, 2010 Order on Emergency Motion for Interim Contact (Docket # 35).

(2) During these daily visits, the Petitioner may speak in Greek.

(3) To the extent that any evaluation of AEC is conducted by Dr. Brian Rines, Petitioner, along with his counsel, shall be notified of the date, time and location of the evaluation. Petitioner and Respondent shall have equal access to any portion of Dr. Rines' evaluation that allows for parent participation or attendance.

(4) Given Respondent's failure to provide timely notice of the Dr. Rines evaluation, the Court will consider whether to exclude Dr. Rines from testifying at the upcoming hearing. Petitioner is free to move for exclusion of Dr. Rines' testimony on this basis by written motion in advance of the hearing or orally at the hearing.

SO ORDERED.

/s/ George Z. Singal
U.S. District Judge

Dated this 1st day of October, 2010.