# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| SAVVAS CHARALAMBOUS, | ) |
|                 Petitioner, | ) |
| v. | ) Docket no. 2:10-cv-375 |
| ELIZABETH ROHNERT CHARALAMBOUS, | ) |
|                 Respondent. | ) |

## ORDER FOLLOWING MANDATE

Before the Court is Petitioner's Emergency Motion for Enforcement Order (Docket # 118). The Motion is hereby GRANTED IN PART and DENIED IN PART as explained herein.

In accordance with the Judgment and Mandate of the First Circuit, dated December 8, 2010 (Docket #s 116 & 117), the Court orders that N.C. and A.C. shall remain in the District of Maine until they are turned over to the custody of Petitioner Savvas Charalambous. This turnover shall occur no later than noon on December 9, 2010. Counsel shall confer with each other and their respective clients to ensure that the turnover is conducted in a manner that provides for the Children's well-being. Petitioner and Respondent shall each have at least one attorney physically present for the turnover. **The parties and counsel are hereby notified that failure to complete the turnover as directed in this Order may result in the Court's initiation of contempt proceedings.**

Upon receipt of an affidavit from Petitioner indicating that the Children's passports will be used solely for the purpose of travel to Cyprus in accordance with the prior orders of this Court, the Clerk shall return the passports of N.C. and A.C. to Petitioner or Petitioner's counsel.

Nothing in this Order shall prevent the relevant courts in Cyprus from making an independent determination with respect to the custody of N.C. and A.C. The parties are directed to seek a determination as soon as possible from a court of competent jurisdiction in Cyprus regarding custody, support, and visitation for N.C. and A.C.

SO ORDERED.

                                                    /s/ George Z. Singal
                                                    U.S. District Judge

Dated at Portland, Maine on this 8th day of December, 2010.